F I L E D
Clerk
District Court

SEP 1 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00006-001 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR RELEASE OF PASSPORT** |
| | ) | |
| ROSALINA MARIE TUDELA GABUTIN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   COMES NOW, U.S. Probation Officer Melinda N. Brunson, in the above-captioned case and requests for the release of Ms. Rosalina Gabutin's passport which is being held by the Court. Ms. Gabutin previously surrendered her passport as condition of her pretrial release. She has since been sentenced and is pending release from the Bureau of Prisons.

Dated this 15th day of September 2005.

_____
MELINDA N. BRUNSON
U.S. Probation Officer