F I L E D
Clerk
District Court

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

SEP 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00006-001 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROSALINA MARIE TUDELA GABUTIN | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS SO ORDERED this __*16* TH__ day of September 2005, that the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Rosalina Marie Tudela Gabutin.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands