PROB 12A
(7/93)

FILED
Clerk
District Court

DEC 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court

for

*the Northern Mariana Islands*

## Report on Offender Under Supervision

Name of Offender:   **Rosalina Marie Tudela Gabutin**     Case Number: **CR 04-00006-001**

Name of Sentencing Judicial Officer:   **Honorable Alex R. Munson**

Date of Original Sentence:   **June 22, 2004**

Original Offense:  **Bank Fraud, in violation of Title 18 U.S.C. §1344**

Original Sentence:
Defendant was sentenced to a sixteen months prison followed by five years supervised release with conditions that she not incur new credit charges or open additional lines of credit without approval of the U.S. Probation Office; provide the U.S. Probation Office access to any requested financial information; refrain from the use of any and all alcoholic beverages; participate in a substance abuse treatment and testing; participate in a mental health program; perform 400 hours of community service; inform any future employer of her conviction; pay $55,482.94 restitution; and pay a $100 special assessment fee.

Type of Supervision:   Supervised Release       Date Supervision Commenced: September 7, 2005

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Urinalysis no shows (September 21, 2005; October 8, 2005; and October 29, 2005). |

Report on Offender
Under Supervision                                                                                                                    page 2

    Rosalina Gabutin failed to report for urinalysis on September 21, 2005, October 8, 2005, and October 29, 2005. For each incident, she explained to this Officer that she had not heard her test identification number called on the urinalysis bulletin. Urinalysis conducted after each "no show" on September 22, 2005, October 12, 2005, and October 30, 2005, were negative. Mrs. Gabutin was informed by this Officer that her number was verified and announced accordingly on each "no show" above. She was advised to call the urinalysis bulletin multiple times daily, if necessary, for clarity on the schedule. In addition, she was advised to contact this Officer for additional confirmation on the schedule. For her violations, Mrs. Gabutin was returned to day one phase I of the drug treatment and testing program.

    Except as otherwise outlined above, Mrs. Gabutin has complied with all conditions of supervision. She has attended all drug and mental health treatment appointments. She is actively performing community service and has a current balance of 378 hours. She paid $100 special assessment fee on June 23, 2004. Mrs. Gabutin is unemployed, but actively seeking employment at the direction of the U.S. Probation Office. Once employed, she will be able to make restitution payments accordingly.

    This Officer requests that the Court impose no action at this time, in favor of the interventions presently employed. Her progress will continue to be monitored and any continuing violations will be reported to the Court accordingly.

| Reviewed by: | Respectfully submitted, |
|---|---|
| *(signature)* | by: *(signature)* |
| ROSSANNA VILLAGOMEZ-AGUON | ROBERT I. CARREON |
| Supervision Unit Leader | U.S. Probation Officer |
| U.S. Probation Officer | |
| Date: 12/6/06 | Date: 12/6/05 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other


_____
Signature of Judicial Officer

12-12-2005
Date