**GABUTIN_R.stpgar**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROSALINA MARIE TUDELA GABUTIN, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> BANK OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 04-00006 <br><br> **STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT** |

WHEREAS Defendant, ROSALINA MARIE TUDELA GABUTIN, Social Security Number XXX-XX-4442, and joint account holder, Joseph Camacho Gabutin, Social Security Number XXX-XX-0436, have requested that monies available in the judgment defendant and joint account holder's account number XXXX-XX9100, in the amount of $100.00 per month beginning August 15, 2006 and continuing thereafter on the 15th of every month, be made payable to the Clerk, U.S. District for the Northern Mariana Islands for payment toward Defendant ROSALINA MARIE TUDELA GABUTIN's restitution that is due and owing;

Plaintiff, UNITED STATES OF AMERICA, and Defendant, ROSALINA MARIE TUDELA GABUTIN, and joint account holder, Joseph Camacho Gabutin hereby jointly move the Court for an order of a writ of continuing garnishment on the monies available in the judgment defendant and joint account holder's account number XXXX-XX9100, in the amount of $100.00 per month, beginning August 15, 2006 and continuing thereafter on the 15th of every month, until Defendant ROSALINA MARIE TUDELA GABUTIN's restitution obligation is paid in full.

The parties further agree that this garnishment may thereafter be further modified and amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order for Continuing Garnishment.

Dated: 8/06/06

_____
ROSALINA MARIE TUDELA GABUTIN
Defendant

Dated: 8/06/06

_____
Joseph Camacho Gabutin
Joint Account Holder


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 8/31/06     By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney


APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: _____
ROBERT I. CARREON
U.S. Probation Officer