```
 1  GABUTIN_R.writ

 2  LEONARDO M. RAPADAS
    United States Attorney
 3  MARIVIC P. DAVID
    Assistant U.S. Attorney
 4  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 5  Hagåtña, Guam 96910-5059
    TEL:  (671) 472-7332
 6  FAX:  (671) 472-7215

 7  Attorneys for United States of America
```

```
F I L E D
      Clerk
  District Court

  AUG 3 1 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>          Plaintiff,           )<br>                               )<br>     vs.                       )<br>                               )<br> ROSALINA MARIE TUDELA GABUTIN, )<br>                               )<br>          Defendant,          )<br> _____)<br>                               )<br> BANK OF GUAM,                  )<br>                               )<br>          Garnishee.           )<br> _____)  | CRIMINAL CASE NO. 04-00006<br><br>**WRIT OF CONTINUING GARNISHMENT** |

      Upon stipulated motion of Plaintiff, Defendant and joint account holder for an order of Writ of Continuing Garnishment on Defendant, ROSALIN MARIE TUDELA GABUTIN and joint account holder Joseph Camacho Gabutin's account number XXXX-XX9100, in the amount of $100.00 per month, beginning August 15, 2006 and continuing thereafter on the 15th of every month;

//

1   IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on
2 account number XXXX-XX9100, in the amount of $100.00 per month of Defendant
3 ROSALINA MARIE TUDELA GABUTIN, Social Security Number XXX-XX-4442, and joint
4 account holder, Joseph Camacho Gabutin, Social Security Number XXX-XX-0436, beginning
5 August 15, 2006 and continuing thereafter on the 15th of every month, until further notice.
6   Checks should be made payable to:
7   **CLERK, U.S. DISTRICT COURT FOR THE NMI**
8   and mailed to:

   U.S. District Court for the
      Northern Mariana Islands
   2nd Floor, Horiguchi Building
   Garapan
   P.O. Box 500687
   Saipan, MP 96950

DATED this __31st__ day of __August__, 2006.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands

**RECEIVED**
AUG 3 1 2006
Clerk
District Court
The Northern Mariana Islands

- 2 -