**GABUTIN_R.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROSALINA MARIE TUDELA GABUTIN, ) <br> ) <br> Defendant, ) <br> ) <br> BANK OF GUAM, ) <br> ) <br> Garnishee. ) | CRIMINAL CASE NO. 04-00006 <br><br><br> **CERTIFICATE OF SERVICE** |

　　I hereby certify that on **August 31, 2006**, I electronically filed the following: **Stipulated Motion for Writ of Continuing Garnishment** with the Clerk of Court using the CM/ECF system.  A copy of the following documents: **Stipulated Motion for Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on **September 11, 2006**

　　　　　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Districts of Guam and the NMI

DATED: 9/12/2006　　　　　　　By:　　/s/ Marivic P. David
　　　　　　　　　　　　　　　　　　　　　　MARIVIC P. DAVID
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　marivic.david@usdoj.gov