| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|



Rosalina M. Gabutin
USDC Cr. Cs. 04-0006-001
SSN: XX-XXX-4442
DOB: XX-XX-1968
HT: 5'6" / WT: 170 lbs.

DATE  February 7, 2007

FILED
Clerk
District Court

FEB - 9 2007

For The Northern Mariana Islands

YOU ARE AUTHORIZED TO TRAVEL TO   Saipan   By _____
(Deputy Clerk)

LEAVING   February 15, 2007   AND RETURNING   February 19, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

To inspect and assess damage to home, and retrieve U.S. Passport released by U.S. District Court of Saipan.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.

2. Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME: _____
ADDRESS: _____
_____
_____

_signature_
ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

[X] Approved   [ ] Disapproved

_Alex R. Munson_
HON. ALEX R. MUNSON
U.S. District Judge
District of the Northern Mariana Islands

# UNITED STATES DISTRICT COURT
# FOR THE
# THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ROSALINA MARIE TUDELA GABUTIN<br>Defendant. | CRIMINAL CASE NO. 04-00006-001<br><br>**REQUEST TO TRAVEL** |

On June 22, 2004, Rosalina Marie Tudela Gabutin was sentenced by the Honorable Alex R. Munson, for Bank Fraud, in violation of 18 U.S.C. § 1344. She was ordered to serve 16 months imprisonment followed by 60 months of supervised release with conditions that she not incur new credit charges or open additional lines of credit without approval of the U.S. Probation Office; provide the U.S. Probation Office access to any requested financial information; refrain from the use of any and all alcoholic beverages; participate in substance abuse treatment and testing; participate in a mental health treatment program; perform 400 hours of community service; inform any future employer of her conviction; pay $55,482.94 restitution; and pay a $100 special assessment fee. Mrs. Gabutin was released to the District of Guam from federal custody on September 7, 2005. Jurisdiction of the case remains with the District Court of the Northern Marianas Islands.

On January 30, 2007, Mrs. Gabutin submitted a travel request to the Probation Office asking that she be authorized to visit Saipan from February 15, 2007 to February 19, 2007. Mrs. Gabutin related that the trip is necessary to make arrangements for her home in Dandan to be rented. She stated that all rental income generated from the residence will be remitted to the U.S. District Court towards her outstanding restitution order. In addition, Mrs. Gabutin related that she will also retrieve her U.S. Passport from the District Court. While in Saipan, she will reside with her sister, Dorothy T. Seman, in Dandan.

Mrs. Gabutin maintains employment as an Assistant Manager for Curves Fitness in Agat, Guam. She has an outstanding restitution balance of $48,200.70 and her ability to pay is being re-assessed by the Probation Office. Ms. Gabutin is not current with her community service order and is claiming medical issues that are being verified by the Probation Office. She has a balance of approximately 392 hours. Ms. Gabutin maintains compliance with her drug and mental health treatment program. She is tentatively scheduled to successfully complete all treatment program requirements on May 15, 2007.

Request to Travel
Re:   GABUTIN, Rosalina Marie Tudela
USDC Cr. Cs. No. 04-00006-001
February 7, 2007
Page 2


      For the prospect of increasing Mrs. Gabutin's ability to pay restitution, this Officer supports the request to travel and seeks Court approval.

      Executed this _____ day of February 2007, at Hagatna, Guam.

                            Respectfully submitted,

                            FRANK MICHAEL CRUZ
                            Chief U.S. Probation Officer

By:                              
                            ROBERT I. CARREON
                            U.S. Probation Officer


Reviewed by:


ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader


cc:   File