FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROBERT I. CARREON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

F I L E D
Clerk
District Court

FEB 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE
## THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ROSALINA MARIE TUDELA GABUTIN
    Defendant.

CRIMINAL CASE NO. 04-00006-001

**APPLICATION AND ORDER
FOR RELEASE OF PASSPORT**

COMES NOW, Rosalina Marie Tudela Gabutin in the above-captioned case and requests for the release of her passport held by the Court pursuant to her pretrial release conditions. Mrs. Gabutin requires her passport to travel to Hawaii to accompany her daughter, who is in need of medical assessment/treatment.

Dated this 27th day of February 2007.

ROBERT I. CARREON
U.S. Probation Officer

### ORDER

On the application of Robert I. Carreon, U.S. Probation Officer, the Clerk of Court is hereby ordered to release the Passport to the U.S. Probation Office, who will ensure it's return to defendant, Rosalina Marie Tudela.

Dated this 27th day of February 2007.

HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands