F I L E D
Clerk
District Court

MAR 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-00006 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER ON STIPULATED |
| ) | MOTION FOR AMENDED |
| ROSALINA MARIE TUDELA ) | WRIT OF CONTINUING |
| GABUTIN, ) | GARNISHMENT |
| ) | |
| Defendant ) | |
| _____ ) | |
| ) | |
| BANK OF GUAM, ) | |
| ) | |
| Garnishee ) | |
| _____ ) | |

PURSUANT TO the March 16, 2007, stipulated motion for an amended writ of continuing garnishment, and good cause appearing therefrom,

IT IS ORDERED that the joint stipulated motion for an amended writ of continuing garnishment be and hereby is granted; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that the sum of $100.00 shall be paid to the Clerk, U.S. District Court for the Northern Mariana Islands, from the judgment debtor and joint account holder Joseph Camacho Gabutin's Bank of Guam account number XXXX-XX9100, beginning April 15, 2007, and continuing on the 15th day of each month thereafter (or when funds become available), for payment towards defendant's restitution that is due and owing until paid in full; and,

IT IS FURTHER ORDERED that this garnishment may be further modified and amended upon stipulation of the parties or, should the parties fail to agree upon the terms of a new writ of continuing garnishment, the court may, after motion by the plaintiff and notice to defendant, issue a final order of continuing garnishment.

DATED this 19th day of March, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)