| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|

Rosalina M. Gabutin
USDC Cr. Cs. 04-00006-001
SSN: XX-XXX-4442
DOB: XX-XX-1968
HT: 5'6" / WT: 170 lbs.

DATE: **March 19, 2007**

FILED
Clerk
District Court

MAR 20 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO **Hawaii and California**

LEAVING **March 24, 2007**   AND RETURNING **April 24, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To accompany daughter on medical referral to California.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Upon your arrival on Guam and on the first working day available, report in person to the U.S. District Court of Guam to check-in with the U.S. Probation Office.**

2. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

ROBERT I. CARREON
UNITED STATES PROBATION OFFICER

NAME: _____
ADDRESS: _____

[X] Approved    [ ] Disapproved

HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

DATE: 3-20-07

# UNITED STATES DISTRICT COURT
## FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>vs.<br><br>ROSALINA MARIE TUDELA GABUTIN<br>  Defendant. | CRIMINAL CASE NO. 04-00006-001<br><br>**REQUEST TO TRAVEL** |

On June 22, 2004, Rosalina Marie Tudela Gabutin was sentenced by the Honorable Alex R. Munson, for Bank Fraud, in violation of 18 U.S.C. § 1344. She was ordered to serve 16 months imprisonment followed by 60 months of supervised release with conditions that she not incur new credit charges or open additional lines of credit without approval of the U.S. Probation Office; provide the U.S. Probation Office access to any requested financial information; refrain from the use of any and all alcoholic beverages; participate in substance abuse treatment and testing; participate in a mental health treatment program; perform 400 hours of community service; inform any future employer of her conviction; pay $55,482.94 restitution; and pay a $100 special assessment fee. Mrs. Gabutin was released to the District of Guam from federal custody on September 7, 2005. Jurisdiction of the case remains with the District Court of the Northern Marianas Islands.

On January 30, 2007, Mrs. Gabutin submitted a travel request to the Probation Office asking that she be authorized to visit Saipan from February 15, 2007 to February 19, 2007. The trip was intended for Mrs. Gabutin to make arrangements for her home in Dandan to be rented with all rental income to be applied toward restitution. Although approved by the Court, Mrs. Gabutin did not travel as requested in order to remain home to address medical issues for her nine year old daughter.

On March 13, 2007, Mrs. Gabutin submitted a travel request to the Probation Office asking that she be authorized to travel to California from March 24, 2007 to April 24, 2007. On this trip, Mrs. Gabutin and her husband will accompany their daughter for a medical assessment and possibly treatment. Medical documents have been submitted verifying the referral to California.

Request to Travel
Re:   GABUTIN, Rosalina Marie Tudela
USDC Cr. Cs. No. 04-00006-001
March 19, 2007
Page 2

     Mrs. Gabutin maintains employment as an assistant manager. She has an outstanding restitution balance of $48,200.70, and her ability to pay is being re-assessed. Ms. Gabutin is not current with her community service order as she is claiming medical issues that are being verified. She has a balance of approximately 392 hours. However, Ms. Gabutin maintains compliance with her drug and mental health treatment program. She is tentatively scheduled to successfully complete all treatment program requirements on May 15, 2007.

     In light of the information above, this Officer supports the request to travel and seeks Court approval.

     Executed this _____ day of March 2007, at Hagatna, Guam.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File