```
 1  FRANK MICHAEL CRUZ
    Chief U.S. Probation Officer
 2  ROBERT I. CARREON
    U.S. Probation Officer
 3  U.S. District Court of Guam
    2nd Floor, U.S. Courthouse
 4  520 West Soledad Avenue
    Hagatna, Guam 96910
 5  Telephone: (671) 473-9201
    Fax: (671) 473-9202
 6
```

## UNITED STATES DISTRICT COURT FOR THE THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00006-001 |
|---|---|
| Plaintiff, | ) |
| | ) **APPLICATION AND ORDER** |
| vs. | ) **FOR RELEASE OF PASSPORT** |
| | ) |
| ROSALINA MARIE TUDELA GABUTIN | ) |
| Defendant. | ) |

COMES NOW, Rosalina Marie Tudela Gabutin in the above-captioned case and requests for the release of her passport held by the Court pursuant to her pretrial release conditions. Mrs. Gabutin requires her passport to travel to Hawaii to accompany her daughter, who is in need of medical assessment/treatment.

Dated this 27th day of February 2007.

_____
ROBERT I. CARREON
U.S. Probation Officer

### ORDER

On the application of Robert I. Carreon, U.S. Probation Officer, the Clerk of Court is hereby ordered to release the Passport to the U.S. Probation Office, who will ensure it's return to defendant, Rosalina Marie Tudela.

Dated this 20 ~~IN~~ March day of ~~February~~ 2007.

_____
HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

33