1  **GABUTIN_R.garsvc**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10

11
   UNITED STATES OF AMERICA,           )    CRIMINAL CASE NO. 04-00006
12                                      )
                  Plaintiff,            )
13                                      )
             vs.                        )    **CERTIFICATE OF SERVICE**
14                                      )
   ROSALINA MARIE TUDELA GABUTIN,       )
15                                      )
                  Defendant,            )
16  _____)
                                        )
17  BANK OF GUAM,                       )
                                        )
18                  Garnishee.          )
    _____)
19

20       I hereby certify that on **March 16, 2007**, I electronically filed the following: **Stipulated**

21  **Motion for an Amended Writ of Continuing Garnishment** with the Clerk of Court using the

22  CM/ECF system.  A copy of the following documents: **Stipulated Motion for an Amended**

23  **Writ of Continuing Garnishment** and **Order on Stipulated Motion for Amended Writ of**

24  **Continuing Garnishment** were sent to the defendant and garnishee by mail on **March 29, 2007**.

25
                                        LEONARDO M. RAPADAS
26                                      United States Attorney
                                        Districts of Guam and the NMI
27

28
    DATED: _____4/2/07_____      By:    _/s/ Marivic P. David_____
                                        MARIVIC P. DAVID
                                        Assistant U.S. Attorney
                                        marivic.david@usdoj.gov