**GABUTIN_R.pet**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSALINA MARIE TUDELA GABUTIN, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 04-00006 <br><br> PETITION FOR CREDIT <br> OF PAYMENTS |

## PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order for the Clerk's Office to credit payments received in <u>Michael W. Kennedy dba MKI Airconditioning & Refrigeration vs. Rosalina T. Gabutin</u>, CV 03-0016 (hereinafter referred to as <u>Kennedy vs. Gabutin</u>) and in support hereof, states as follows:

1. On June 22, 2004, sentence was imposed by this Court against Defendant ROSALINA MARIE TUDELA GABUTIN (hereinafter referred to as "Defendant GABUTIN") and among other things, restitution in the amount of $55,482.94 was ordered, all of which is owed to Michael W. Kennedy. See Attachment "A."

//

2. On November 26, 2003, a Settlement Agreement and Consent Judgment Thereon was filed in <u>Kennedy vs. Gabutin</u>, civil case no. 03-0016. Defendant Rosalina T. Gabutin agreed to pay Michael Kennedy dba MKI Airconditioning & Refrigeration the principal sum of $68,521.14. This civil case encompasses the restitution for the offense in criminal case no. 04- 00006. See Attachment "B."

3. On August 3, 2005, our United States Attorney's Office received information from Attorney Mark K. Williams that a total of $9,210.00 was received in <u>Kennedy vs. Gabutin</u>, civil case no. 03-0016. See Attachment "C."

4. Plaintiff respectfully requests that the Clerk's Office of the U.S. District Court for the Northern Mariana Islands credit the amount of $9,210.00 paid in <u>Kennedy vs. Gabutin</u>, CV 03-0016, towards the restitution obligation of defendant and the amount owed to Michael W. Kennedy.

5. Plaintiff further requests that any future payments in <u>Kennedy vs. Gabutin</u>, CV 03-0016 be also credited.

RESPECTFULLY SUBMITTED this 2nd day of May, 2007.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and the NMI

By:     /s/ Marivic P. David  
MARIVIC P. DAVID  
Assistant U.S. Attorney  
marivic.david@usdoj.gov