**SMITH & WILLIAMS**
*Attorneys-At-Law*
P.O. Box 5133 CHRB
Saipan MP 96950

Tel. Nos. (1-670) 233-3334/5 Fax No. (1-670) 233-3336
eric.s.smith@saipan.com
markwilliams@saipan.com

August 3, 2005

Marivic P. David, Esq.
Assistant U. S. Attorney
Financial Litigation Unit
U.S. Department of Justice
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910

    VIA FACSIMILE 671-472-7215

    Re:    MKI v. Rosalina T. Gabutin
            Civil Action CV-03-0016

Dear Ms. David:

    Please find enclosed a summary of funds that we received from various sources in payment of Rosalina Gabutin's account. Ms. Gabutin never paid MKI directly. We had to obtain an Order from the Court to create a lien and continuing levy upon Rosalina Gabutin's real property, rents, payments, income and profits, until the judgment entered in this matter and associated expenses are fully satisfied.

    As you can see from the attachment, we were able to get, by way of a settlement agreement, payments on two of Ms. Gabutin's real property. We are also receiving rental payments from one of Ms. Gabutin's tenants.

    If you have any questions, please do not hesitate to contact our office.

                        Sincerely,

                        **SMITH & WILLIAMS**

                        By:

                        MARK K. WILLIAMS
                        Attorney at Law

Enclosure



8/3/2005.

# ATTACHMENT 1

## PAYMENTS APPLIED TO ROSALINA GABUTIN ACCOUNT

| | |
|---|---:|
| Payments received from Lourdes Mendiola for judgment against Joaquin and Edith Tudela | $6,900.00 |
| Payment received from Lourdes & Felix Mendiola per Settlement Agreement dated 3/25/05 | 1,500.00 |
| Payments received from Palokoa Mongkeya (assignment of rent) | 810.00 |
| Total payments received | $9,210.00 |



10-28-05