```
Gabutin_R.ord
```

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

F I L E D
Clerk
District Court

MAY - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSALINA MARIE TUDELA GABUTIN, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 04-00006 <br><br> O R D E R <br><br> Re: United States Petition for <br> Credit of Payments |

Based upon the Plaintiff's Petition for Credit of Payments Fee, the Court hereby orders the amount of $9,210.00 shall be credited towards defendant's restitution obligation in Criminal Case No. 04-00006 and the amount owed to restitution recipient, Michael W. Kennedy.

The Court further orders that any future payments made in <u>Michael W. Kennedy dba MKI Airconditioning & Refrigeration vs. Rosalina T. Gabutin</u>, CV 03-0016 be also credited.

SO ORDERED, this __3RD__ day of __May__, 2007.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
    Mariana Islands

RECEIVED
MAY - 3 2007
Clerk
District Court
The Northern Mariana Islands