**GABUTIN_R.ter**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00006 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| ROSALINA MARIE TUDELA GABUTIN, ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| BANK OF GUAM, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

     On or about August 31, 2006, a Writ of Continuing Garnishment, and March 19, 2007, the Order on Stipulated Motion for Amended Writ of Continuing Garnishment, were duly issued and served upon the Garnishee.  On or about February 27, 2008, our office received information from garnishee that they are unable to continue remittance as account has been closed as of December 6, 2007.  (See Attachment A).

//

//

//

Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant ROSALINA MARIE TUDELA GABUTIN with Garnishee Bank of Guam.

DATED this 28th day of February, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI


By:    /s/ Mikel W. Schwab
          MIKEL W. SCHWAB
          Assistant U.S. Attorney
          mikel.schwab@usdoj.gov
          JESSICA F. CRUZ
          Assistant U.S. Attorney
          Jessica.F.Cruz@usdoj.gov



# BANK OF GUAM
### THE PEOPLE'S BANK

Headquarters • P.O. Box BW • Hagåtña, Guam 96932

Member of the Federal
Deposit Insurance Corp

Tel: (671) 472-5300

January 2, 2008

**U.S. District Court**
**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**

**RE:    U.S. vs. Rosalina Marie T. Gabutin-CR-04-00006**

Dear Sir or Madam,

   Unfortunately, we are unable to continue remittance on the above-mentioned reference as customer's account has been closed as of December 06, 2007.

Should have any questions, please feel free to contact me at (671) 472-5483.

Sincerely,


Cynthia Quichocho
Compliance Officer

