**GABUTIN_R.facg**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00006 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINAL ACCOUNTING UPON** |
| ) | **TERMINATION OF GARNISHMENT** |
| ROSALINA MARIE TUDELA GABUTIN, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

<u>FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT</u>

To:   Bank of Guam
       P.O. Box BW
       Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment and the Order on Stipulated Motion for Amended Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about August 31, 2006, and the Order on Stipulated Motion for Amended Writ of Continuing Garnishment issued on or about March 19, 2007, $200.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B).  If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Norther Mariana Islands , 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

RESPECTFULLY SUBMITTED this 28th day of February, 2008.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI


By:   /s/ Mikel W. Schwab
       MIKEL W. SCHWAB
       Assistant U.S. Attorney
       mikel.schwab@usdoj.gov
       JESSICA F. CRUZ
       Assistant U.S. Attorney
       Jessica.F.Cruz@usdoj.gov



Report Level: GU

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Date: 02/26/2008

For Report Parameters: 2004A73326 ,001 , 1451404

**PAYMENTS**

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| 2004A73326/001 | Gabutin, Rosalina Marie T. | 6B | CR-04-00006 | 03 | $100.00 | 02/28/2008 | $49,197.27 |

| Seq Finance Nbr | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | BOP Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | 06/23/2004 | CL | A | 6755 | | CASH | | 07/07/2004 | $100.00 |
| 0004 | PMNT | 04/13/2005 | CL | A | GABUTIN, ROSALINA MA | | 7282-7287 | 111 05-071 | 05/10/2005 | $55.43 |
| 0005 | PMNT | 05/11/2005 | CL | A | GABUTIN, ROSALINA MA | | 7324-7327 | 111 05-081 | 06/03/2005 | $11.78 |
| 0006 | PMNT | 05/11/2005 | CL | A | GABUTIN, ROSALINA MA | | 7324-7327 | 111 05-081 | 06/03/2005 | $44.57 |
| 0007 | PMNT | 06/16/2005 | CL | A | GABUTIN, ROSALINA MA | | 7392-7402 | 111 05-091 | 07/05/2005 | $125.00 |
| 0008 | PMNT | 07/13/2005 | CL | A | GABUTIN, ROSALINA MA | | 7460-7462 | 111 05-101 | 08/04/2005 | $125.00 |
| 0009 | PMNT | 08/03/2005 | AG | A | Smith&Williams | | | | 11/28/2005 | $9,210.00 |
| 0010 | PMNT | 09/22/2006 | GC | H | 08261 | | 780828 | | 09/25/2006 | $100.00 |
| 0011 | PMNT | 02/23/2007 | CL | A | 08532 | | 9322782127 | | 02/23/2007 | $100.00 |
| 0012 | PMNT | 03/29/2007 | GC | H | 08585 | | 788098 | | 04/03/2007 | $100.00 |
| 000015 | PMNT | 11/06/2007 | CL | A | 08976 | | 9360398545 | | 11/07/2007 | $50.00 |
| 000017 | PMNT | 02/07/2008 | CL | A | 09136 | | 9345826850 | | 02/10/2008 | $100.00 |
| Total | | | | | | | | | | $10,121.78 |

Page 1 of 2