**GABUTIN_R.tersvc**

1  LEONARDO M. RAPADAS
United States Attorney
2  MIKEL W. SCHWAB
Assistant U.S. Attorney
3  JESSICA F. CRUZ
Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00006 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ROSALINA MARIE TUDELA GABUTIN, ) | |
| Defendant, ) | |
| BANK OF GUAM, ) | |
| Garnishee. ) | |

I hereby certify that on **March 7, 2008**, I electronically filed the **Motion to Terminate Writ of Continuing Garnishment** and on **March 8, 2008**, I electronically filed the **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system. A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant and garnishee by mail on **March 10, 2008**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 3/14/08     By:     /s/ Mikel W. Schwab
                                   MIKEL W. SCHWAB
                                   Assistant U.S. Attorney
                                   mikel.schwab@usdoj.gov